Case 4:23-cv-00604 Document 75 Filed on 09/30/24 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF § <br> ENCORE DREDGING PARTNERS, LLC § <br> and INLAND DREDGING COMPANY, LLC § <br> AS OWNERS OR OWNERS PRO HAC VICE § <br> OF THE T/V MUDD TUG 14 FOR § <br> EXONERATION FROM OR LIMITATION § <br> OF LIABILITY § | CIVIL ACTION NO. H: 23-0604 |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is M&C Oilfield Services, Inc.'s Opposed Motion to Lift Stay for Limited Purpose (Doc. No. 35), Claimants' (Silebo, Alfaro and Galvan) Opposed Motion to Bifurcate (Doc. No. 38), Claimant Rodriguez's Opposed Motion for Leave to File Answer and Claim in Limitations Outside Limitations Period (Doc. N o. 44), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 67). Claimant Rodriguez filed Objections and Motion for Reconsideration of Order Denying Claimant's Motion for Leave to File an Answer and Claim (Doc. No. 69) to the Memorandum and Recommendation to which responses (Doc. Nos. 70, 72) were was filed.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Claimant Rodriguez filed Objections and Motion for Reconsideration of Order Denying Claimant's Motion for Leave to File an Answer and Claim (Doc. No. 69) are **OVERRULED**, and the Memorandum and Recommendation (Doc. No. 78) is **ADOPTED**. It is further

1

**ORDERED** that the M&C Oilfield Services, Inc.'s Opposed Motion to Lift Stay for Limited Purpose (Doc. No. 35) is **GRANTED**. It is further

**ORDERED** that Claimants' (Silebo, Alfaro and Galvan) Opposed Motion to Bifurcate (Doc. No. 38) is **GRANTED** with the modifications contained in the Memorandum and Recommendation. It is further

**ORDERED** that Rodriguez's Opposed Motion for Leave to File Answer and Claim in Limitations Outside Limitations Period (Doc. No. 44) is **DENIED**.

SIGNED at Houston, Texas, this 30th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE